UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Gelanda Shantell Wiley | BANKRUPTCY NO. 16-02678-RLM-7 |
| Fredrick Darnell Wiley | |
| Debtors | |

## **APPEARANCE**

Comes now Dennis Ostrowski of Fenton & McGarvey, P.S.C., and enters an appearance on behalf of the Creditor herein, Ally Financial, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

**FENTON & MCGARVEY, P.S.C.**

By:   / s/ Dennis Ostrowski
      Dennis Ostrowski (#18099-10)
      Counsel for Creditor
      2401 Stanley Gault Parkway
      Louisville KY 40223
      (502) 638-4961
      loubknotices@fenton-mcgarvey.com

B7IS_0002A/16-10987

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:   debtor's attorney, John McManus, McManus & Associates, LLC, 11703 Maple Street, Fishers, IN, 46038 Debtors ,Gelanda Shantell Wiley, 6405 West 15th Street, Indianapolis, IN, 46214 and Fredrick Darnell Wiley, 6405 West 15th Street, Indianapolis, IN, 46214 and to the Trustee, Joanne B. Friedmeyer, Office of Joanne B. Friedmeyer, 1427 W 86th St #284, Indianapolis, IN, 46260 and the US Trustee, Suite 1000, 101 W. Ohio, Indianapolis, IN 46204
on  June 15, 2016                                                  .

       **FENTON & MCGARVEY, P.S.C.**

     By:   / s/ Dennis Ostrowski
       Dennis Ostrowski (#18099-10)
       Counsel for Creditor
       2401 Stanley Gault Parkway
       Louisville KY 40223
       (502) 638-4961
       loubknotices@fenton-mcgarvey.com