UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          CHAPTER 7
     Gelanda Shantell Wiley            BANKRUPTCY NO. 16-02678-RLM-7
     Fredrick Darnell Wiley
     Debtors

**MOTION TO TERMINATE AUTOMATIC STAY AND ABANDONMENT PURSUANT TO BANKRUPTCY RULE 4001**

    Comes the movant, Ally Financial, a creditor herein, by counsel, and for its Motion to Terminate Stay and Abandonment, states as follows:

    1.     This contested matter relates to Bankruptcy Petition 16-02678-RLM-7 in the Bankruptcy Court for the Southern District of Indiana, Indianapolis Division, which Petition is a Chapter 7 proceeding, with the Debtor(s) being Gelanda Shantell Wiley and Fredrick Darnell Wiley.

    2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, as referred under 28 U.S.C. §157, and it constitutes a "core proceeding" within the meaning of the latter statute.

    3.     This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Rule 9014.

    4.     The Debtor(s) were at the time of filing of the Petition, and still are, justly and truly indebted to the movant in the sum $20,045.37 of 15.49 % at interest.

    5.     Specifically, the Debtor(s) are in arrears for the month(s) of March 2016 to May 2016 for a total of $1,637.03.

    6.     The consideration was an obligation for the sum and on the date shown on the Retail Installment Contract attached to movant's Proof of Claim as Exhibit A which Proof of

Claim was filed simultaneously with this Motion.

7. No part of said remaining balance of said debt has been paid.

8. There are no setoffs or counterclaims to said debt, and it is free from any charge forbidden by applicable law.

9. Upon counsel's information and belief, pursuant to Exhibit A attached to the Proof of Claim, the movant has a valid security interest in the 2012 KIA Sedona VIN: KNDMG4C74C6441712.The value of said property is approximately $12,500.00.

10. Upon information and belief, as shown by Exhibit B to the Proof of Claim, the movant properly perfected its security interest as indicated on the Certificate of Title which has not been terminated and covers the property described above.

11. The Debtor(s) are not paying the creditor and hence the creditor is not adequately protected.

12. Movant is suffering and will continue to suffer irreparable harm from continuation of the 11 U.S.C. §362 automatic stay.

13. The creditor is in possession of the collateral.

14. The movant is presently stayed from enforcing its security interest, however, by the force and effect of 11 U.S.C. §362.

15. The Debtor(s) have had a reasonable opportunity to redeem said property and have not done so.

WHEREFORE, movant prays for an Order terminating the §362 Stay and abandoning the collateral notwithstanding BR4001 (a) (3), and barring Debtor(s) right of redemption; and the automatic stay is further terminated to allow the Creditor to send to the Debtor(s) protected by

B7IS_0009A/16-10987

the stay, any and all notices required by state and/or federal law, regulation or statute and asks that any issues relating thereto be adjudicated at the first hearing held on this Motion.

**FENTON & MCGARVEY, P.S.C.**

By:  / s/ Dennis Ostrowski
     Dennis Ostrowski (#18099-10)
     Counsel for Creditor
     2401 Stanley Gault Parkway
     Louisville KY 40223
     (502) 638-4961
     loubknotices@fenton-mcgarvey.com

## CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:   debtor's attorney, John McManus, McManus & Associates, LLC, 11703 Maple Street, Fishers, IN, 46038 Debtors ,Gelanda Shantell Wiley, 6405 West 15th Street, Indianapolis, IN, 46214 and Fredrick Darnell Wiley, 6405 West 15th Street, Indianapolis, IN, 46214, U.S. Trustee, Suite 1000, 101 W. Ohio, Indianapolis, IN 46204 and to the Trustee, Joanne B. Friedmeyer, Office of Joanne B. Friedmeyer, 1427 W 86th St #284, Indianapolis, IN, 46260.

**FENTON & MCGARVEY, P.S.C.**

By:  / s/ Dennis Ostrowski
     Dennis Ostrowski (#18099-10)
     Counsel for Creditor
     2401 Stanley Gault Parkway
     Louisville KY 40223
     (502) 638-4961
     loubknotices@fenton-mcgarvey.com

UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                               CHAPTER 7
    Gelanda Shantell Wiley         BANKRUPTCY NO. 16-02678-RLM-7
    Fredrick Darnell Wiley
    Debtors

## NOTICE

PLEASE TAKE NOTICE that parties in interest shall have **fourteen (14) days from the date this Notice is served** to file an objection to the attached Motion to Terminate Stay and Abandonment filed herein on behalf of Ally Financial regarding legally described as:

2012 KIA Sedona VIN: KNDMG4C74C6441712

Objections must be filed in writing with the Clerk's Office and served on the attorney for the moving party at the address listed below. If not objection is timely filed, an order may be entered by the Court for the relief requested.

### Certificate of Service

This is to certify that a true and accurate copy of this Motion to Terminate Stay was served on all creditors and other parties in interest by placing a copy in the U.S. Mail on June 15, 2016 at the address listed below or attached hereto.

Date: June 15, 2016

**FENTON & MCGARVEY, P.S.C.**

By: /s/ Dennis Ostrowski
Dennis Ostrowski (#18099-10)
Counsel for Creditor
2401 Stanley Gault Parkway
Louisville KY 40223
(502) 638-4961
loubknotices@fenton-mcgarvey.com

U.S. Bankruptcy Court
Indianapolis Division
46 E. Ohio Street, Room 116 Birch Bayh Federal Building
Indianapolis IN 46204

B7IS_0013A/16-10987

Debtor

Gelanda Shantell Wiley
6405 West 15th Street
Indianapolis IN 46214


Counsel for Debtor

John McManus
McManus & Associates, LLC 11703 Maple Street
Fishers, IN 46038


Trustee

Joanne B. Friedmeyer
Office of Joanne B. Friedmeyer 1427 W 86th St #284
Indianapolis IN 46260


U.S. Trustee
Suite 1000, 101 W. Ohio
Indianapolis, IN 46204

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 16-02678-RLM-7<br>Southern District of Indiana<br>Indianapolis<br>Wed Jun 15 09:22:38 EDT 2016 | AT&T<br>Bankruptcy Dept.<br>1585 Waukegan Road<br>Waukegan, IL 60085-6727 | Aaron Sales & Lease Ow<br>309 E Paces Ferry<br>Atlanta, GA 30305-2367 |
| Action Ambulance<br>4038 Park 65 Drive<br>Indianapolis, IN 46254-2500 | Ally Financial<br>Po Box 380901<br>Bloomington, MN 55438-0901 | American Financial Cre<br>10333 N Meridian St Ste<br>Indianapolis, IN 46290-1144 |
| American Income Life Insurance Co.<br>P.O. Box 2608<br>Waco, TX 76702-2608 | Anthem Blue Cross and Blue Shield<br>P.O. Box 105557<br>Atlanta, GA 30348-5557 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital Recovery System<br>750 Cross Point Road, Suite 5<br>Columbus, OH 43230-6691 | Caral Peters, Attorney at Law<br>8902 B. Otis Ave, Suite 200<br>Indianapolis, IN 46216-1033 |
| Carriage House East<br>10041 Ellis Drive<br>Indianapolis, IN 46235-1708 | Comcast<br>41112 Concept Drive<br>Plymouth, MI 48170-4253 | Community Health Network<br>7163 Solution Center<br>Chicago, IL 60677-7001 |
| Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 | Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrolton, TX 75011-8288 | Creditors Service of Indiana<br>10 Coronado Road<br>PO Box 34139<br>Indianapolis, IN 46234-0139 |
| Diversified Consultants Inc<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Firstkay<br>P.O. Box 3432<br>Indianapolis, IN 46206-3432 |
| Joanne B. Friedmeyer<br>Office of Joanne B. Friedmeyer<br>1427 W 86th St #284<br>Indianapolis, IN 46260-2103 | GLA Collection Company<br>Po Box 7728<br>Dept #2<br>Lousiville, KY 40257-0728 | Geico<br>Two Wells Ave.<br>Newton Center, MA 02459-3225 |
| Hamilton Medical Consultants LLC<br>P.O. Box 3303<br>Indianapolis, IN 46206-3303 | Herman & Kittles Properties<br>500 East 96th Street #300<br>Indianapolis, IN 46240-3778 | Hertg Accpt<br>1420 S Michigan<br>South Bend, IN 46613-2214 |
| IMCU<br>P.O. Box 2036<br>Indianapolis, IN 46220 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Imc Credit Services<br>6955 Hillsdale Ct<br>Indianapolis, IN 46250-2054 |

| | | |
|---|---|---|
| Ind Fin Co<br>9601 S Innovation Dr Ste<br>Daleville, IN 47334 | Indiana Department of Revenue<br>100 N Senate Ave Rm N240-Bankruptcy<br>Indianapolis, IN 46204-2253 | Indiana Dept of Workforce Developement<br>10 North Senate Ave SE107<br>Indianapolis, IN 46204-2277 |
| Infectious Disease of Indiana<br>12302 Hancock St.<br>Carmel, IN 46032-5807 | Insure Max Insurnace Co.<br>P.O. Box 607<br>Newburgh, IN 47629-0607 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kenneth N. Wiesert Md.<br>3630 Guion Road<br>Indianapolis, IN 46222-1616 | Kevin Ausberger<br>4084 Pendleton Way, Suite 110<br>Indianapolis, IN 46226-5224 | Liberty Mutual<br>Attn: Grp Benefits-Process and Tech-02E<br>PO Box 1525<br>Dover, NH 03821-1525 |
| John T McManus<br>McManus & Associates, L.L.C.<br>11703 Maple Street<br>Fishers, IN 46038-2807 | Med-1 Sol<br>517 Us Highway 31 N<br>Greenwood, IN 46142-3932 | Michigan Apts<br>3800 W. Michigan St., Apt. 1206<br>Indianapolis, IN 46222-3385 |
| Mid America Clinical Lab<br>P.O. Box 740658<br>Cincinnati, OH 45274-0658 | Nagan, Arregui & Davis<br>P.O Box 6069 Dept. 3<br>Indianapolis, IN 46206-6069 | National Credit Management<br>PO Box 63141<br>Saint Louis, MO 63163 |
| Nationwide Insurance<br>P.O. Box 742522<br>Cincinnati, OH 45274-2522 | Nicholas Financial<br>2454 N McMullen Booth Road<br>Bldg. C501B<br>Clearwater, FL 33759-1353 | Personal Finance Co.<br>1716 E. Main Street<br>P.O. Box 98<br>Plainfield, IN 46168-0098 |
| Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 | Revenue Recovery<br>Unit 2260 City County Bldg.<br>200 E. Washington St.<br>Indianapolis, IN 46204-3307 | Sara Wiley<br>6405 W. 15th Street<br>Indianapolis, IN 46214-3334 |
| St. Vincent Medical Group<br>Attn #12812M<br>P.O. Box 14000<br>Belfast, ME 04915-4033 | Statewide Credit Assoc.<br>6958 Hillsdale Court<br>Indianapolis, IN 46250-2040 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Torres Crdit<br>Tcs Inc.<br>Po Box 189<br>Carlisle, PA 17013-0189 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Us Dept Ed<br>Po Box 1030<br>Coraopolis, PA 15108-6030 |

```
Verizon Wireless                    Webbank/gettington                  Fredrick Darnell Wiley
500 Technology Dr, Suite 550        6250 Ridgewood Roa                  6405 West 15th Street
Weldon Spring, MO 63304-2225        Saint Cloud, MN 56303-0820          Indianapolis, IN 46214-3334


Gelanda Shantell Wiley
6405 West 15th Street
Indianapolis, IN 46214-3334
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems, LLC      T-Mobile                            Toyota Motor Credit Co
16 Mcleland Rd                      Attn Bankruptcy Dept                Toyota Financial Services
Saint Cloud, MN 56303               PO Box 53410                        Po Box 8026
                                    Bellevue, WA 98015-3410             Cedar Rapids, IA 52408
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)U.S. Attorney's Office           End of Label Matrix
10 W Market St Ste 2100             Mailable recipients    63
Indianapolis IN 46204-1986          Bypassed recipients     1
                                    Total                  64
```